UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☑ 1st _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: RANDOLPH WARREN    JOINT DEBTOR: _____    CASE NO.: 18-24617-RBR

SS#: xxx-xx- 4126    SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ☑ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ☑ |
| Nonstandard provisions, set out in Section VIII | ☐ | ☑ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,163.25 for months 1 to 9 ;
2. $1,599.96 for months 10 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE   ☐ PRO BONO

| Total Fees: $4025.00 | Total Paid: $1710.00 | Balance Due: $2315.00 |
|---|---|---|
| Payable $289.38 /month (Months 1 to 8 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Safe Harbor Fees $3,500.00, Motion to Reinstate $525.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

A. **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Wells Fargo Home Mortgag
   Address: Po Box 10335 Des Moines IA 50306-0000
   Last 4 Digits of Account No.: 1706

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | 31,623.31 | |
   | Regular Payment (Maintain) | $717.87 | /month (Months 1 to 60 ) |
   | Arrears Payment (Cure) | $50.26 | /month (Months 1 to 6 ) |
   | Arrears Payment (Cure) | $40.26 | /month (Months 7 to 8 ) |
   | Arrears Payment (Cure) | $322.23 | /month (Months 9 to 9 ) |

LF-31 (rev. 10/3/17)    Page 1 of 3

|  | Arrears Payment (Cure) | $606.25 | /month (Months 10 to 60 ) |

Other: _____

☒ Real Property                                   Check one below for Real Property:
  ☒ Principal Residence                           ☒ Escrow is included in the regular payments
  ☐ Other Real Property                           ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
1441 NW 33 Terrace Fort Lauderdale, FL 33311

☐ Personal Property/Vehicle
Description of Collateral: _____

- **B. VALUATION OF COLLATERAL:** ☒ NONE
- **C. LIEN AVOIDANCE** ☒ NONE
- **D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

  ☒ NONE

- **E. DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

  ☒ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

- **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE
- **B. INTERNAL REVENUE SERVICE:** ☐ NONE

| Total Due: | $375.39 | Total Payment | $375.39 |
| Payable: | $7.51 | /month (Months 10 to 60 ) | |

- **C. DOMESTIC SUPPORT OBLIGATION(S):** ☐ NONE    ☐ CURRENT AND PAID OUTSIDE

1. Name of Creditor: State of Florida - Child Support
   Payment Address: Post Office Box 6668, Tallahassee, FL 32314-6668
   Total Due: $5,348.06
   Payable $106.96 /month (Months 10 to 60 )
   Regular Payment (if applicable) $0.00 /month (Months ___ to ___ )

- **D. OTHER:** ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  A. Pay $10.00 /month (Months 6 to 9 )
     Pay $15.92 /month (Months 10 to 60 )
     Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. **SEPARATELY CLASSIFIED:** ☒ NONE

  *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

  ☒ NONE

| | | |
|---|---|---|
| VII. | **INCOME TAX RETURNS AND REFUNDS:** | ■ NONE |
| VIII. | **NON-STANDARD PLAN PROVISIONS** | ■ NONE |

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor   _____ Date   _____ Joint Debtor   _____ Date
RANDOLPH WARREN

JOSE FUNCIA                June 14, 2019
Attorney with permission to sign on       Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**