UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____  Original Plan

■ 3rd_____  Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____  Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: RANDOLPH WARREN　　　JOINT DEBTOR: _____　CASE NO.: 18-24617-RBR

SS#: xxx-xx- 4126　　　　　　　　　SS#: xxx-xx-_____

**I.　NOTICES**

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ■ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ■ |
| Nonstandard provisions, set out in Section VIII | ☐ | ■ |

**II.　PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

**A.　MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,163.26　for months　1　to　8　;
2. $1,592.77　for months　9　to　45　;
3. $1,592.61　for months　46　to　51　;
4. $1,581.61　for months　52　to　60　;

**B.　DEBTOR(S)' ATTORNEY'S FEE:**　☐ NONE　☐ PRO BONO

| Total Fees: $4025.00 | Total Paid: $1710.00 | Balance Due: $2315.00 |
|---|---|---|
| Payable $289.38 /month (Months 1 to 8 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Safe Harbor Fees $3,500.00, Motion to Reinstate $525.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

**III.　TREATMENT OF SECURED CLAIMS**

**A.　SECURED CLAIMS:**　☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Wells Fargo Home Mortgage

    Address: Po Box 10335 Des Moines IA 50306-0000

    Arrearage/ Payoff on Petition Date　31,623.31

    Regular Payment (Maintain)　$717.87　/month (Months　1　to　60　)

    Arrears Payment (Cure)　$50.26　/month (Months　1　to　8　)

| Last 4 Digits of Account No.: | 1706 | Arrears Payment (Cure) | $600.41 /month (Months 9 to 60 ) |

Other: _____

☒ Real Property
 ☒ Principal Residence
 ☐ Other Real Property

Check one below for Real Property:
 ☒ Escrow is included in the regular payments
 ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
1441 NW 33 Terrace Fort Lauderdale, FL 33311

☐ Personal Property/Vehicle
Description of Collateral: _____

2. Creditor: Wells Fargo Home Mortgage
 Address: Po Box 10335 Des Moines IA 50306-0000
 Arrearage/ Payoff on Petition Date: $50.00
 Payment: $10.00 /month (Months 47 to 51 )

Last 4 Digits of Account No.: 1706
Other: Post Petition Mortgage Fees and Costs filed 5/29/19

☒ Real Property
 ☒ Principal Residence
 ☐ Other Real Property

Check one below for Real Property:
 ☐ Escrow is included in the regular payments
 ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
1441 NW 33 Terrace Fort Lauderdale, FL 33311

☐ Personal Property/Vehicle
Description of Collateral: _____

B. **VALUATION OF COLLATERAL:**  ☒ NONE

C. **LIEN AVOIDANCE**  ☒ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
 ☒ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
 ☒ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

 A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

 B. **INTERNAL REVENUE SERVICE:** ☐ NONE

| Total Due: | $375.39 | Total Payment | $375.39 |
| Payable: | $10.15 | /month (Months | 9 to 45 ) |

 C. **DOMESTIC SUPPORT OBLIGATION(S):** ☐ NONE  ☐ CURRENT AND PAID OUTSIDE

Debtor(s): RANDOLPH WARREN          Case number: 18-24617-RBR

> 1. Name of Creditor: State of Florida - Child Support
> Payment Address: Post Office Box 6668, Tallahassee, FL 32314-6668
> Total Due: $5,348.06
> Payable $102.85 /month (Months 9 to 60 )
> Regular Payment (if applicable) $0.00 /month (Months ___ to ___ )

D. **OTHER:** ■ NONE

## V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS

Pay $16.69 /month (Months 9 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. SEPARATELY CLASSIFIED: ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

## VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:
Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ NONE

## VII. INCOME TAX RETURNS AND REFUNDS: ■ NONE

## VIII. NON-STANDARD PLAN PROVISIONS ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor  _____  _____ Joint Debtor  _____
RANDOLPH WARREN            Date                                              Date

_____  June 26, 2019
JOSE FUNCIA                Date
Attorney with permission to sign on
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**