

**ORDERED in the Southern District of Florida on January 14, 2020.**

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

In re

Randolph Warren, Jr. aka Randy Warren          CHAPTER      13
                                                CASE NO.     18-24617-SMG

    Debtor

_____/

### AGREED ORDER SUSTAINING IN PART OBJECTION TO CLAIM NO. 3 FILED BY WELLS FARGO BANK, N.A. (DOC. NO. 55)

THIS CASE is before the Court on the Objection to Claim No. 3 filed by Wells Fargo Bank N.A. (Doc. No. 55) filed by the Debtor. Servicing of Claim No. 3 was subsequently transferred from Wells Fargo Bank to the current creditor, MTGLQ INVESTORS, LP ("Creditor")(Doc. No. 67). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

ORDERED as follows:

1. The Debtor's Objection is sustained in part as further set forth below.

2. The Escrow Deficiency for Funds Advanced in Claim No. 3-2, Proof of Claim Attachment, Part 2 and 3, shall be reduced by $5,989.00 to reflect an escrow deficiency in the

amount of $12,338.99.

3.  As a result, the total secured claim for Claim No. 3-2 shall be $103,459.59 with a total arrearage of $44,870.95. The claim shall be deemed modified accordingly.

4.  This Order is without prejudice for the Creditor to assert future Bankruptcy Fees under the loan documents, Bankruptcy Rule 3002.1, Section 506, or other appropriate mechanism, and Debtor shall be entitled to object to same.

5.  Subject to the above paragraphs, the remaining issues raised in the Objection to Claim are overruled.

6.  The Trial scheduled for January 15, 2020 at 1:30 p.m. is cancelled

###

Prepared and Submitted By:
Jessica Hicks
Florida Bar No. 1003462
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601-0800
(813) 229-0900

The foregoing is directed to serve copies of this Order upon the interested parties and file a Certificate of Service with this Court.