**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

■ 5th _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: RANDOLPH WARREN     JOINT DEBTOR: _____     CASE NO.: 18-24617-SMG

SS#: xxx-xx- 4126     SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,235.97     for months  1  to  14 ;
2. $1,541.54     for months  15  to  30 ;
3. $2,227.53     for months  31  to  60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: $6025.00 | Total Paid: $1710.00 | Balance Due: $4315.00 |
|---|---|---|

Payable  $287.67  /month (Months  1  to  15 )

Allowed fees under LR 2016-l(B)(2) are itemized below:
See Fee application

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Wells Fargo Home Mortgage

   Address: Po Box 10335 Des Moines IA 50306-0000

   Last 4 Digits of Account No.: 1706

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $44,870.95 | |
   | Regular Payment (Maintain) | $717.87 | /month (Months  1  to  60 ) |
   | Arrears Payment (Cure) | $18.92 | /month (Months  1  to  5 ) |
   | Arrears Payment (Cure) | $28.92 | /month (Months  6  to  14 ) |

Debtor(s): RANDOLPH WARREN                                   Case number: 18-24617-SMG

|  |  |  |  |
|---|---|---|---|
| Arrears Payment (Cure) | $264.15 | /month (Months | 15 to 15 ) |
| Arrears Payment (Cure) | $551.82 | /month (Months | 16 to 30 ) |
| Arrears Payment (Cure) | $1,199.14 | /month (Months | 31 to 60 ) |

Other: _____

☒ Real Property                              Check one below for Real Property:
  ☒ Principal Residence                      ☒ Escrow is included in the regular payments
  ☐ Other Real Property                      ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
1441 NW 33 Terrace Fort Lauderdale, FL 33311

☐ Personal Property/Vehicle
Description of Collateral:

---

2. Creditor: Wells Fargo Home Mortgage

   Address: Po Box 10335 Des Moines IA 50306-0000

   Arrearage/ Payoff on Petition Date    $50.00
   Payment                               $10.00    /month (Months  1  to  5  )

   Last 4 Digits of Account No.:  1706

   Other: Post Petition Mortgage Fees and Costs filed 5/29/19

   ☒ Real Property                              Check one below for Real Property:
     ☒ Principal Residence                      ☒ Escrow is included in the regular payments
     ☐ Other Real Property                      ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

   Address of Collateral:
   1441 NW 33 Terrace Fort Lauderdale, FL 33311

   ☐ Personal Property/Vehicle
   Description of Collateral:

---

B. **VALUATION OF COLLATERAL:**   ☒ NONE

C. **LIEN AVOIDANCE**   ☒ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ☒ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ☒ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

   B. **INTERNAL REVENUE SERVICE:**   ☐ NONE

   | Total Due: | $375.39 | Total Payment | $375.39 |
   |---|---|---|---|
   | Payable: | $23.70 | /month (Months 15 to 30 ) | |

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ☐ NONE   ☐ CURRENT AND PAID OUTSIDE

Debtor(s): RANDOLPH WARREN    Case number: 18-24617-SMG

> 1. Name of Creditor: State of Florida - Child Support
>    Payment Address: Post Office Box 6668, Tallahassee, FL 32314-6668
>    Total Due:        $5,348.06
>    Payable           $89.14       /month (Months  1   to 60 )
>    Regular Payment (if applicable)     $0.00    /month (Months ____ to ____ )

    D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    Pay    $18.87    /month (Months  15  to 60 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. <u>SEPARATELY CLASSIFIED</u>:  ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ■ NONE

        **PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| RANDOLPH WARREN | | | |

| JOSE FUNCIA | January 22, 2020 |
|---|---|
| Attorney with permission to sign on Debtor(s)' behalf | Date |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**