

**ORDERED in the Southern District of Florida on July 7, 2022.**

_Scott M. Grossman_
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| *In re:* | CASE NO. 18-24617-SMG |
| | CHAPTER 13 |
| RANDLOLPH WARREN, JR. | |
| Debtors. | |
| _____/ | |

### AGREED ORDER GRANTING MOTION TO COMPEL DEBTOR TO RESOLVE CODE VIOLATIONS AND PAY ALL AMOUNTS DUE (DE 119)

**THIS CASE** came before the Court on June 16, 2022 at 1:00pm on the Trustee's consent calendar, for consideration on the Motion to Compel Debtor to Resolve Code Violations and Pay All Amounts due (DE 119) filed by U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust on October 1, 2021. Based on the agreement of the parties, and based on the record, it is

    **ORDERED:**

    1.    Motion to Compel Debtor to Resolve Code Violations and Pay All Amounts due is GRANTED.

2. The Debtor resolved all Code Violations with the City of Lauderhill Code Enforcement Department

3. The Debtor reached an agreement with the City of Lauderhill Code Enforcement Department to repay the agreed upon code enforcement fines due to the City of Lauderhill Code Enforcement Department totaling $4,138.50.  The repayment schedule is below.

| Payment Due Date | Payment Amount |
| --- | --- |
| 6/1/2022 | $200.00 |
| 7/1/2022 | $200.00 |
| 8/1/2022 | $200.00 |
| 9/1/2022 | $200.00 |
| 10/1/2022 | $200.00 |
| 11/1/2022 | $200.00 |
| 12/1/2022 | $200.00 |
| 1/1/2023 | $200.00 |
| 2/1/2023 | $200.00 |
| 3/1/2023 | $200.00 |
| 4/1/2023 | $200.00 |
| 5/1/2023 | $200.00 |
| 6/1/2023 | $200.00 |
| 7/1/2023 | $200.00 |
| 8/1/2023 | $200.00 |
| 9/1/2023 | $200.00 |
| 10/1/2023 | $200.00 |
| 11/1/2023 | $200.00 |
| 12/1/2023 | $200.00 |
| 1/1/2024 | $200.00 |
| 2/1/2024 | $138.50 |

3. If the Debtor fails to make timely payment of any payment due to the City of Lauderhill Code Enforcement Department, Movant shall provide notice to the counsel for the Debtor through email at millerandfunciapa@gmail.com, Randyw19716@gmail.com, and daniellesirmons@gmail.com, and by filing notice of the default in payments with the Court.  The Debtor shall have twenty-one (21) days from the notice of default in payments to make payment of any past due amounts.

4.      If the Debtor fails to cure any default in payments after notice required by Paragraph 3, Movant shall be entitled to relief from the automatic stay arising by reason of 11 U.S.C. 362, and Movant may complete the action in state court for the foreclosure of its mortgage, including post sale and eviction actions, and short sale or deed in lieu, against the real property legally described as to Movant's interest in the property located at 1441 NW 33RD TER, LAUDERHILL, FL 33311 ("property"), and legally described as:

```
LOT 1, BLOCK 10, OF LARKDALE UNIT 5, ACCORDING TO THE PLAT
THEREOF, AS RECORDED IN PLAT BOOK 60, PAGE 14, OF THE
PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.
```

by the filing of a Notice of Non-Compliance with this Court and requesting that an Order granting stay relief be entered without further need for a hearing. The relief would permit Movant to pursue in rem actions against the Property, and not an in personam judgment against the Debtor.

###

Submitted by:
Matthew Klein, Esq.
HOWARD LAW GROUP
4755 Technology Way, Suite 104
Boca Raton, FL 33431
Office Phone: (954) 893-7874 Ext. 121
Fax: (888) 235-0017
Email: Bankruptcy@HowardLaw.com

Attorney Matthew Klein, Esq. is directed to serve this order upon all non-registered users and file a conforming certificate of service