Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Randolph Warren, Jr. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court: | Southern District of Florida (Fort Lauderdale) |
| Case number | 18-24617-RBR |

**Official Form 410S2**

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** MTGLQ Investors L.P.

**Last 4 digits** of any number you use to identify the debtor's account: 1706

**Court claim no.** (if known): 3

**Uniform Claim Identifier:** WFCMGE1824617FLS41261706

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice _____

## Part 1: Itemized Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) $ | 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | 0.00 |
| 3. Attorney fees | | (3) $ | 0.00 |
| 4. Filing fees and court costs | 1/22/2019 | (4) $ | *50.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) $ | 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | 0.00 |
| 7. Property inspection fees | | (7) $ | 0.00 |
| 8. Tax advances (non-escrow) | | (8) $ | 0.00 |
| 9. Insurance advances (non-escrow) | | (9) $ | 0.00 |
| 10. Property preservation expenses. Specify: | | (10) $ | 0.00 |
| 11. Other. Specify: | | (11) $ | 0.00 |
| 12. Other. Specify: | | (12) $ | 0.00 |
| 13. Other. Specify: | | (13) $ | 0.00 |
| 14. Other. Specify: | | (14) $ | 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

*The amount was incurred on the debtor's mortgage account between dismissal and reinstatement of the bankruptcy case.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:
☐ I am the creditor.
☑ I am the creditor's authorized agent.   (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Gwendolyn Carmichael McClain      Date  5/29/2019
VP Loan Documentation

Print: Gwendolyn Carmichael McClain      Title  VP Loan Documentation

Specific Contact Information:
P: 800-274-7025
E: 180DayInquiries@wellsfargo.com

Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

## UNITED STATES BANKRUPTCY COURT
### Southern District of Florida (Fort Lauderdale)

In re: Randolph Warren, Jr.

Chapter 13 No. 18-24617-RBR
Judge: Raymond B Ray

# CERTIFICATE OF SERVICE

I hereby certify that on or before **May 29, 2019** I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

By U.S. Postal Service First Class Mail Postage Prepaid:

**Debtor:**
Randolph Warren, Jr.
1441 NW 33 Terrace
Fort Lauderdale, FL 33311

**Debtor's Attorney:**
Jose P Funcia
9555 N Kendall Dr. #211
Miami, FL 33176

**Trustee:**
Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

/s/ Gwendolyn Carmichael McClain
Authorized agent